To Office of the Clerk
United State District Court
Middle District of North Carolina
L. Richardson Preyer Building
324 W. Market Street
Suite 401
Greensboro N.C. 27401

Richard Lewis Johnson
#0212278
Albemarle Corr. Inst. #4590
Post Office Box 460
Badin North Carolina 28009
May 18, 2024

Dear District Court Clerk

    First of All I am Richard Lewis Johnson 0212278 and A State of North Carolina Prisoner in Custody At Albemarle Correctional Institution At Badin North Carolina inside of Stokes County I been told.

    But I am not from this Area of the State and live in Madison County At Hot Springs and 76 yrs old and been in this State Prison System for the Past 40 yrs on one Life Sentence and been to 5 diffent Prison Units over the State in the past 5 months or so and maybe down to Transfer Again Soon and that is Why I am A little mix up into what U.S. District Court I shall filed At to Start With Because Started out in the Eastern District in Dec 2023 and been up in the Western District and this one to.

But At the Same time with My Medical Chronic unstable Heart Conditions Because do have other to As bad and do belong to the Federal Americans with Disabilities Act and in A Wheelchair and down As A Medical Handicapped with A Handicapped Cell and All.

So with All of this Clerk if you think the Middle District Court would be the Right one here in North Carolina please than sent me Please All the Forms I would need to filed there with and the Form on me not having the funds or money to pay your Filing Fee and your Middle District Rules and All on filing there.

But if it is not and I would understand All the Main State Offices Are in Raleigh with the Eastern District. But I am from the Western District in my Area of the state and can All these Cases and Matters come into one is why am writing there.

But the next best thing I have got on my side if I could get the U.S. Dept of Justice Civil Rights Division with the A.D.A. matters to step in and handle All of this and get things back in line and All with the Proper Standard Care or the State could discharge me from Custody with having enought time in for two 20 yrs life Sentence day by day and would be able to get my own Medical Care and Treatment my self.

Because the State having problems with Staff does not come under my Legal Responsible Or Change what the Federal U.S. Constitution Call for As long As I am in Custody of State of North Carolina and other State Constitutional Rights with the State to and Federal Acts like A.D.A. Legal Rights At the same time and each time my Federal Constitutional Rights have Come up All I been getting was A Transfer to Start All over Again and All. Because Right now got the Big State & Federal Election Coming up Nov 5, 2024 and All. But not looking for Promises At All. Just wanted to see Some Action.

Because North Carolina Prison System Head Count Shall be took down over the State to they had enought staff for Security Reasons and enought Medical to Cover what Medical Prisoners they wish to keep and back in the end of the 1980 or first of the 1900 Governor out of Charlotte did A Emergency Act to lower the State Prisoner Cap and think it was over money and Funds they didn't have But this time ones in Power or trying to become in Power has stated All the extra money they do have on hand At this time and All. But they still want to Cut Back and hold on to the money people had to pay in to be used but to they have been getting Federal Funds to and that is Crazy with the State sitting there holding back State Funds and All At the Same time.

But in General to that is what I am going for and would think with you there in A Federal Public Office of the Court you would have Proper Legal Address Where to Write to get up With U.S. Federal Dept of Justice offices here in the State if they Are who does work on A D A Federal Act Laws like I have just name OR the office for the main Federal Attorney now for this State of North Carolina OR What.

But Thank you Very much by just Reading this and Thank you Another for any Assistance you would be able to come up with.

But At the same time Please For Give me if I have step over the line. Because in this do Not know what powers OR Rules you have to need to go by OR what.

But Thank you Again For Now

Please Understand       But Just looking For Justice and
Will not be able to     No More At All.
down Load the           Richard Lewis Johnson
Legal Information       0 2 1 2 2 - 7 E
And Forms here          Albemarle Corr Inst 4580
is why making           Post Office Box 460
His Request now         Badin North Carolina
Thank you                                28009
R.L.J.