IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD LEWIS JOHNSON,                )
                                      )
           Plaintiff,                 )
                                      )
     v.                               )   1:24CV433
                                      )
UNKNOWN STATE OFFICIALS,              )
                                      )
           Defendants.                )

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 23, 2024, was served on the parties in this action. Plaintiff filed a document that the court construes as an objection within the time limits prescribed by section 636.

The court has conducted a de novo review of those portions of the Recommendation to which the Plaintiff has objected, and the court's review is in accord with the Recommendation, which is hereby adopted.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation of the United States Magistrate Judge.

　　　　　　　　　　　　　　　　　　　　/s/  Thomas D. Schroeder
　　　　　　　　　　　　　　　　　　　United States District Judge
August 30, 2024